UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ERICK LINDSEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:23-cv-01271-RDP-JHE |
| INVESTIGATOR JAMES MICKEY YOUNG, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on May 30, 2025 recommending the dismissal of this action under 28 U.S.C. § 1915A(b), in part for failing to state a claim upon which relief can be granted and in part for seeking monetary relief from a defendant who is immune from such relief. (Doc. 14). Although the Magistrate Judge advised Plaintiff of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, Plaintiff's claims against Defendants in their official capacities are due to be dismissed with prejudice pursuant to 28 U.S.C. § 1915(b)(2) for seeking monetary relief from a defendant who is immune from suit. Plaintiff's remaining claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915(b)(1) for failing to state a claim upon which relief can be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this June 23, 2025.

_/s/ R. David Proctor_
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE